AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| CATHERINE DENIAL an individual, IAN MCDOWELL, an individual, AND STEVEN SCHWARTZ, an individual<br><br>*Plaintiff(s)*<br>v.<br>OPENAI, INC. OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C.; OPENAI STARTUP FUND I, L.P., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND MANAGEMENT, LLC., and MICROSOFT CORPORATION<br>*Defendant(s)* | Civil Action No. 3:25-cv-05495 EMC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   See Attachment

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joseph R. Saveri (State Bar No. 130064)
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1505
San Francisco, California 94108
jsaveri@saverilawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
*Mark B. Busby*



Date:  07/01/2025                                           K. ADAMS-MOFFETT
                                                             *Signature of Clerk or Deputy Clerk*

**ATTACHMENT TO SUMMONS**

**Defendants' Name and Addresses**

OPENAI, INC., a Delaware nonprofit corporation
c/o Corporation Trust Company (CT Corporation)
330 N Brand Blvd Ste 700
Glendale, CA 91203

OPENAI, L.P., a Delaware limited partnership
c/o Corporation Trust Company (CT Corporation)
330 N Brand Blvd Ste 700
Glendale, CA 91203

OpenAI OpCo, L.L.C., a Delaware limited liability company
c/o Corporation Trust Company (CT Corporation)
330 N Brand Blvd Ste 700
Glendale, CA 91203

OpenAI GP, L.L.C., a Delaware limited liability company
c/o Corporation Trust Company (CT Corporation)
330 N Brand Blvd Ste 700
Glendale, CA 91203

OpenAI Startup Fund GP I, L.L.C., a Delaware limited liability company
c/o Corporation Trust Company (CT Corporation)
330 N Brand Blvd Ste 700
Glendale, CA 91203

OpenAI Startup Fund I, L.P., a Delaware limited partnership
c/o Corporation Trust Company (CT Corporation)
330 N Brand Blvd Ste 700
Glendale, CA 91203

OpenAI Startup Fund Management, LLC, a Delaware limited liability company
c/o Corporation Trust Company (CT Corporation)
330 N Brand Blvd Ste 700
Glendale, CA 91203

MICROSOFT CORPORATION, a Washington corporation
Corporation Service Company
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833